**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | 09 C 6711 |
| v. | ) ) ) | Judge Norgle |
| NORTHSTAR LOCATION SERVICES LLC, | ) ) | Magistrate Judge Cox |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, December 4, 2009, at 9:30 a.m**., before the **Honorable Charles R. Norgle, Sr.,** or any judge occupying his place and stead in **Room 2341** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **Plaintiff's Motion for Leave to Take Limited Class Discovery.**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)

1

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **November 23, 2009**, I filed electronically Plaintiff's motion above and notice thereof using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered. A copy was also sent by US Mail to:

> Northstar Location Services, LLC
> c/o CT Corporation Systems (Registered Agent)
> 208 S. LaSalle Street, Suite 814
> Chicago, Illinois 60604.

>> Respectfully submitted,
>>
>> s/ Curtis C. Warner
>>   Curtis C. Warner

Curtis C. Warner       (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)