# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

James A Mitchem

                        Plaintiff,

v.                                               Case No.: 1:09–cv–06711
                                                    Honorable Charles R. Norgle Sr.

Northstar Location Services LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2009:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion to take limited discovery [9] is moot. Motion to vacate default [13] is granted. Motion hearing held on 12/4/2009. Status hearing (re: settlement) is set for 1/22/2010 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.