IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James A. Mitchem, individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 09 C 6711 |
| v. | ) ) | Judge: Norgle |
| Northstar Location Services, LLC, | ) ) | Magistrate Judge Cox |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO: Curtis C. Warner
WARNER LAW FIRM, LLC
155 N. Michigan Ave Suite 560
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **February 5, 2010, at 9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Charles R. Norgle, Sr. or any Judge sitting in his/her stead in Courtroom 2341, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz                              s/ *Jennifer W. Weller*
Jennifer W. Weller                            Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on **February 1, 2010**, I electronically filed the above and foregoing **NOTICE OF MOTION and JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                              HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |