IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 09-CV-6711 |
| v. | ) ) | Judge: Norgle |
| NORTHSTAR LOCATION SERVICES LLC, | ) ) | Magistrate Judge Cox |
| Defendant. | ) ) | |

**NOTICE OF COMPLIANCE**

Defendant Northstar Location Services, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller hereby states that on or about February 2, 2010, it sent notice in compliance with the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b).

        Respectfully submitted,

        By: s/*Jennifer W. Weller*
            Jennifer W. Weller

            One of the attorneys for Defendant
            Northstar Location Services, LLC

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000